# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 24, 2025

*By the Court:*

|  | TIMOTHY B. FREDRICKSON, |
|---|---|
|  | Petitioner - Appellant |
| No. 25-1107 | v. |
|  | UNITED STATES OF AMERICA, |
|  | Respondent - Appellee |
| **Originating Case Information:** ||
| District Court No: 4:22-cv-04154-MMM ||
| Central District of Illinois ||
| District Judge Michael M. Mihm ||

A preliminary review of the short record indicates that the order appealed from may not be a final appealable judgment within the meaning of 28 U.S.C. § 1291.

A notice of appeal filed before the district court issues its ruling on a timely motion under Rule 59 of the Federal Rules of Civil Procedure is ineffective until the order disposing of the motion is entered on the district court's civil docket. Fed. R. App. P. 4(a)(4).

In the present case, appellant filed a motion for reconsideration on December 19, 2024. Although not filed within 28 days of entry of judgment on November 19, 2024, this may nevertheless be a timely Rule 59 motion if appellant demonstrates that he placed the motion in the prison mail within the deadline. *See Carlson v. CSX Transp., Inc.*, 758 F.3d 819, 825–26 (7th Cir. 2014) (explaining that motion for reconsideration is typically a Rule 59 motion); *Edwards v. United States*, 266 F.3d 756, 758 (7th Cir. 2001) (extending prison mailbox rule to Rule 59 motions). As such, it could render this appeal premature, because the district court has not yet disposed of the motion and entered its order on the civil docket. *Florian v. Sequa Corp.*, 294 F.3d 828, 829 (7th Cir. 2002). Accordingly,

**IT IS ORDERED** that appellant may file a notarized statement or declaration (in compliance with 28 U.S.C. § 1746) setting forth the date the motion for reconsideration was deposited in the prison's internal mail system and stating whether first class postage was prepaid. *Cf.* Fed. R. App. P. 4(c). Appellant's notarized statement or sworn declaration shall be filed on or before February 7, 2025.

**IT IS FURTHER ORDERED** that proceedings in this appeal are **SUSPENDED** pending the district court's resolution of the motion for reconsideration. If a party contends that this appeal should not be suspended, then that party should file a brief memorandum on or before February 14, 2025, stating why suspension is not appropriate.

**IT IS FINALLY ORDERED** that appellee shall file a status report within seven days of a ruling on the motion for reconsideration, or on or shortly before February 28, 2025, if no order has yet issued.

form name: **c7_Order_BTC**    (form ID: **178**)