# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

February 14, 2025

*By the Court:*

| | |
|---|---|
| No. 25-1107 | TIMOTHY B. FREDRICKSON,<br>Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent - Appellee |
| **Originating Case Information:** ||
| District Court No: 4:22-cv-04154-MMM<br>Central District of Illinois<br>District Judge Michael M. Mihm ||

      In light of the district court's February 12, 2025, order denying appellant's motion to reconsider,

      **IT IS ORDERED** that this appeal will proceed to a determination whether a certificate of appealability should issue.

form name: **c7_Order_BTC**    (form ID: **178**)